911 A.2d 918

**Robert McDONALD, Petitioner,**

**v.**

**Jeffrey A. BEARD, Secretary, Pennsylvania Department of Corrections, Respondent.**

Supreme Court of Pennsylvania.

Nov. 21, 2006.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is **GRANTED** and the Order of the Commonwealth Court is **VACATED.** *See Deweese v. Cortes,* 588 Pa. 738, 906 A.2d 1193 (2006).